JENNIFER HOLLIDAY, ESQ. (SBN 261343)
    jhollidayesq@protonmail.com
1901 Ave. of the Stars, 2nd Floor
Los Angeles, California 90067
dir. (805) 622-0225
*Attorney for Plaintiff Genevieve Morton*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

IN RE: DMCA § 512(h)
SUBPOENA TO TWITTER, INC.

MISC. CASE NO.: 2:22-MC-00128

**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO TWITTER, INC. PURSUANT TO 17 U.S.C. § 512(H) TO IDENTIFY ALLEGED INFRINGER**

PETITIONER GENEVIEVE MORTON hereby requests that the Clerk of this Court issue a subpoena to Twitter, Inc. to identify the alleged infringers at issue pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"). The proposed Section 512(h) Subpoena is attached hereto as Exhibit 1.

The proposed Section 512(h) Subpoena is directed to Twitter, Inc., the service provider of Twitter accounts to which the infringing parties using the names posted content. The following URLs contained the infringing content posted to the alleged infringer's Twitter account at issue and displayed on Twitter and its related applications:

https://twitter.com/Leon_Leonidi/status/1053912026081312769
https://twitter.com/fallo_felice/status/1427270912332730371

1   https://twitter.com/fallo_felice/status/1426146492536983557
2   https://twitter.com/sammy_nip/status/1382618446991622145
    https://twitter.com/sammy_nip/status/1441096775666782219
3   https://twitter.com/SoftCreamy2/status/1418669620538449921
4   https://twitter.com/fallo_felice/status/1537025769712541697
    https://twitter.com/BalticErotic/status/1506744291489722381
5   https://twitter.com/fallo_felice/status/1412728233389350916
6   https://twitter.com/realcelebutard/status/1500276239550066689
    https://twitter.com/AlanByr58325219/status/1519364737435582464
7   https://twitter.com/AlluringMuses/status/1384083550043971597
8   https://twitter.com/mal0980/status/1435107917473075201
    https://twitter.com/EdHautacam/status/1419683783863947269
9   https://twitter.com/Sneakpeakin2/status/1535497016024915968
10  https://mobile.twitter.com/EroticLoad/status/1529172963840385033
    https://twitter.com/50YearVirgin/status/1518074088643825664
11  https://twitter.com/Celebrity___Sin/status/1517769377659117568
12  https://twitter.com/PacoRod44679157/status/1503504802797531136
    https://twitter.com/magrippa22/status/1541894905919938563
13  https://mobile.twitter.com/MajorVoyeur/status/1250053745683169289
14  https://mobile.twitter.com/fallo_felice/status/1540652037335138304
15
    https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977
16  https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977/photo/1
17  https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977/photo/2
18  https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977/photo/3
    https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977/photo/4
19  https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217
20  https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217/photo/1
21  https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217/photo/2
22  https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217/photo/3
    https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217/photo/4
23  https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528
24  https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528/photo/1
25  https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528/photo/2
    https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528/photo/3
26  https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528/photo/4
27  https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632
28  https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632/photo/1

2

REQUEST TO THE CLERK FOR ISSUANCE OF DMCA §512(h) SUBPOENA

```
https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632/photo/2
https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632/photo/3
https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632/photo/4
https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529
https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529/photo/1
https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529/photo/2
https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529/photo/3
https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529/photo/4
https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096
https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096/photo/1
https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096/photo 2
https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096/photo/3
https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096/photo/4
https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273
https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273/photo/1
https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273/photo/2
https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273/photo/3
https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273/photo/4
```

Morton has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h):

1. Morton has submitted copies of her notifications sent pursuant to 17 U.S.C. § 512(c)(3)(A) as Exhibits A et. seq. to the attached Declaration of Jennifer Holliday dated June 29, 2022 (Holliday Decl.).

2. Morton has submitted the proposed 512(h) Subpoena attached hereto as Exhibit 1.

3. Morton has submitted a sworn declaration confirming that the purpose for which the Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purposes of protecting Ms. Morton's rights under title 17 of the United States Code. *See* Holliday Decl.

REQUEST TO THE CLERK FOR ISSUANCE OF DMCA §512(h) SUBPOENA

1   Having complied with the statutory requirements, Morton respectfully requests

2   that the Clerk expeditiously issue and sign the proposed Section 512(h) Subpoena

3   pursuant to 17 U.S.C. § 512(h)(4) and return it for service to Twitter, Inc.

4

5   Dated:  June 29, 2022                    Respectfully submitted,

6                                           ___/s/_____

7                                           JENNIFER HOLLIDAY, ESQ.
                                            Attorney for Genevieve Morton

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO THE CLERK FOR ISSUANCE OF DMCA §512(h) SUBPOENA

# EXHIBIT 1

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: DMCA 512(h) Subpoena to Twitter, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:22 -MC -128 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:           Custodian of Records for: Twitter, Inc.,
           1355 Market Street, Suite 900 San Francisco, CA 94103
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
           listed and described on Appendix A

| Place: 1901 Avenue of the Stars, 2nd Floor, Los Angeles, CA 90067; jhollidayesq@protonmail.com | Date and Time: July 13, 2022, 3:00 PM PST |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

           The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

           *CLERK OF COURT*
                                                                OR

_____          _____
       *Signature of Clerk or Deputy Clerk*                                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Genevieve Morton
_____ , who issues or requests this subpoena, are:
Jennifer Holliday, 1901 Ave. of the Stars, 2nd Floor, Los Angeles, CA 90067; jhollidayesq@protonmail.com; 805-622-0225

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

IN RE: MORTON DMCA SUBPOENA TO TWITTER

# APPENDIX A
# TO SUBPOENA COMMANDING PRODUCTION BY TWITTER, INC.

Items and information requested pursuant to this subpoena are any and all information in your possession pertaining to the identity of the individuals who posted Genevieve Morton's copyrighted works on the following URLs ("USER ACCOUNTS"):

https://twitter.com/Leon_Leonidi/status/1053912026081312769
https://twitter.com/fallo_felice/status/1427270912332730371
https://twitter.com/fallo_felice/status/1426146492536983557
https://twitter.com/sammy_nip/status/1382618446991622145
https://twitter.com/sammy_nip/status/1441096775666782219
https://twitter.com/SoftCreamy2/status/1418669620538449921
https://twitter.com/fallo_felice/status/1537025769712541697
https://twitter.com/BalticErotic/status/1506744291489722381
https://twitter.com/fallo_felice/status/1412728233389350916
https://twitter.com/realcelebutard/status/1500276239550066689
https://twitter.com/AlanByr58325219/status/1519364737435582464
https://twitter.com/AlluringMuses/status/1384083550043971597
https://twitter.com/mal0980/status/1435107917473075201
https://twitter.com/EdHautacam/status/1419683783863947269
https://twitter.com/Sneakpeakin2/status/1535497016024915968
https://mobile.twitter.com/EroticLoad/status/1529172963840385033
https://twitter.com/50YearVirgin/status/1518074088643825664
https://twitter.com/Celebrity___Sin/status/1517769377659117568
https://twitter.com/PacoRod44679157/status/1503504802797531136
https://twitter.com/magrippa22/status/1541894905919938563
https://mobile.twitter.com/MajorVoyeur/status/1250053745683169289
https://mobile.twitter.com/fallo_felice/status/1540652037335138304

https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977
https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977/photo/1

| |
|---|
| https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977/photo/2 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977/photo/3 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977/photo/4 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217/photo/1 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217/photo/2 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217/photo/3 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217/photo/4 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528/photo/1 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528/photo/2 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528/photo/3 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528/photo/4 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632/photo/1 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632/photo/2 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632/photo/3 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632/photo/4 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529/photo/1 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529/photo/2 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529/photo/3 |
| https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529/photo/4 |
| https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096 |
| https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096/photo/1 |
| https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096/photo 2 |
| https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096/photo/3 |
| https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096/photo/4 |
| https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273 |
| https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273/photo/1 |
| https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273/photo/2 |
| https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273/photo/3 |
| https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273/photo/4 |

1) All identity and contact information, including full name, email address(es), physical address, date of birth, gender, occupation, and other personal identifiers including profile photographs associated with the USER ACCOUNTS;
2) All past and current usernames and names associated with the USER ACCOUNTS;
3) The dates and times at which the account profiles associated with the USER ACCOUNTS were created and the internet protocol address at the time of sign-up;
4) All IP logs or other documents showing the IP addresses, dates, locations and time of each log-in to the USER ACCOUNTS;
5) All direct messages which have been sent or received by the USER ACCOUNTS;
6) Any websites or other links listed in the user bios for the USER ACCOUNTS;
7) Every "Tweet" including photographic images, posted by the USER ACCOUNTS;
8) Any IMEI (International Mobile Station Equipment Identity) numbers collected from mobile devices that logged into the USER ACCOUNTS;
9) Any and all user data collected off any websites posted to the bios associated with the USER ACCOUNTS or the Tweets posted at the URLs containing the infringed images.
10) Any other accounts, current or closed, associated with the USER ACCOUNTS' IP addresses or IMEIs.
11) The billing information associated with the USER ACCOUNTS

## AFFIDAVIT

1. My name is Jennifer Holliday, and I am a member of the State Bar of California licensed to practice in California and admitted to practice before this Court.
2. On June 29, 2022, I prepared and submitted a subpoena (the "Subpoena") pursuant to 17 U.S.C. § 512(h), to the Clerk of the United States District Court for the Central District of California via the ECF System.
3. I do swear under penalty of perjury that the Subpoena sought is to obtain the identity of alleged copyright infringers, and that such information will only be used for the purpose of protecting the copyrights of Genevieve Morton, the registered copyright holder.
4. I have personal knowledge of all facts set forth in this Affidavit.
5. The facts set forth in this Affidavit are true and correct.

Executed under the laws of the State of California and of the United States on 29th of June 2022 in the State of California, Riverside County.

**JENNIFER HOLLIDAY**
**ATTORNEY FOR GENEVIEVE MORTON**

## DECLARATION OF JENNIFER HOLLIDAY IN SUPPORT OF REQUEST TO ISSUE DMCA 512(h) SUBPOENA

1. My name is Jennifer Holliday, and I am a member of the State Bar of California licensed to practice in California and admitted to practice before this Court.

2. On June 29, 2022, I prepared and submitted a subpoena (the "Subpoena") pursuant to 17 U.S.C. § 512(h), to the Clerk of the United States District Court for the Central District of California via the ECF System.

3. I have attached the Notice and Takedown Reports issued on behalf of Genevieve Morton to Twitter, Inc. regarding the alleged infringers as Exhibits A et. seq.

4. I do swear under penalty of perjury that the Subpoena sought is to obtain the identity of alleged copyright infringers, and that such information will only be used for the purpose of protecting the copyrights of Genevieve Morton, the registered copyright holder.

5. I have personal knowledge of all facts set forth in this Declaration.

6. The facts set forth in this Declaration are true and correct.

Executed under the laws of the State of California and of the United States on 29th of June 2022 in the State of California, Riverside County.


**JENNIFER HOLLIDAY**
**ATTORNEY FOR GENEVIEVE MORTON**

# EXHIBIT A

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277201171 [ref:00DA0000000K0A8.5004w00002RXDDk:ref]
Date: June 29, 2022 at 10:18 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0277201171

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ██████████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Photograph of a woman in bathtub

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/Leon_Leonidi/status/1053912026081312769

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized display of copyrighted photographic work.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country



> US

ref:00DA0000000K0A8.5004w00002RXDDk:ref

Help  |  Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT B

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277201515 [ref:00DA0000000K0A8.5004w00002RXDqj:ref]
Date: June 29, 2022 at 10:20 PM
To: ████████████████████





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1.  Twitter account publishing links to free downloads of copyright protected materials
2.  Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

------------------------------------------------
Your ticket number: #0277201515

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████

Address:
> 1901 Avenue of the Stars 2nd Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?

> Twitter

Description of original request:

> Photograph of Genevieve Morton in water.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/fallo_felice/status/1427270912332730371

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of copyrighted photograph of Genevieve Morton.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country
> US

ref:00DA0000000K0A8.5004w00002RXDqj:ref

Help  |  Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT C

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277201872 [ref:00DA0000000K0A8.5004w00002RXDrY:ref]
Date: June 29, 2022 at 10:23 PM
To:



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277201872

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> jennymorrison@icloud.com

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white photograph of Genevieve Morton's torso coming out of the water.


Links to original work:

> [Empty]


Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/fallo_felice/status/1426146492536983557


Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of cropped version of photographic work featuring Genevieve Morton.


512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.


Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.


Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.


Signature:

> Jennifer Holliday

Country

> US

ref:00DA0000000K0A8.5004w00002RXDrY:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT D

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277202573 [ref:00DA0000000K0A8.5004w00002RXDvB:ref]
Date: June 29, 2022 at 10:29 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277202573

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Two different images, black and white photographs of Genevieve Morton.


Links to original work:

> [Empty]


Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/sammy_nip/status/1382618446991622145


Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copies and display of two cropped versions of photographs of Genevieve Morton.


512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.


Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.


Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.


Signature:

> Jennifer Holliday

Country

> US

ref:00DA0000000K0A8.5004w00002RXDvB:ref

# EXHIBIT E

From: **Twitter Support**  support@tw tter.com
Subject: We got your report 0277202837 [ref:00DA0000000K0A8.5004w00002RXDge:ref]
Date: June 29, 2022 at 10:31 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮

TS



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277202837

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ██████████████████████

Address:
> 1901 Avenue of the Stars, 2nd Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Photograph of a woman swinging on a rope.


Links to original work:

> [Empty]


Please provide URL(s) to the infringing material (e.g., Tweet URL,
Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/sammy_nip/status/1441096775666782219


Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized display of photograph.


512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any
damages, including costs and attorneys' fees, if I knowingly materially
misrepresent that reported material or activity is infringing.


Good Faith Belief:

> I have good faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent, or the
law.


Authority to Act:

> The information in this notification is accurate, and I state under
penalty of perjury that I am authorized to act on behalf of the copyright
owner.


Signature:

> Jennifer Holliday

Country



> US

ref:00DA0000000K0A8.5004w00002RXDge:ref

Help  |  Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT F

**From:** **Twitter Support** support@tw tter.com
**Subject:** We got your report 0277203146 [ref:00DA0000000K0A8.5004w00002RXDbU:ref]
**Date:** June 29, 2022 at 10:33 PM
**To:** ███████████████





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

------------------------------------------------

Your ticket number: #0277203146

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Photo of Genevieve Morton reclining on stairs of a dock.


Links to original work:

> [Empty]


Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/SoftCreamy2/status/1418669620538449921


Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph.


512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.


Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.


Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.


Signature:

> Jennifer Holliday

Country



> US

ref:00DA0000000K0A8.5004w00002RXDbU:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT G

**From:** **Twitter Support** support@tw tter.com
**Subject:** We got your report 0277203481 [ref:00DA0000000K0A8.5004w00002RXDWk:ref]
**Date:** June 29, 2022 at 10:36 PM
**To:** 





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------

Your ticket number: #0277203481

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter
Description of original request:
> Black and white photograph of Genevieve Morton walking on the beach.

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/fallo_felice/status/1537025769712541697

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized copy and display of cropped version of photograph

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Jennifer Holliday

Country
> US

ref:00DA0000000K0A8.5004w00002RXDWk:ref

Help  |  Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT H

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277203757 [ref:00DA0000000K0A8.5004w00002RSvPL:ref]
Date: June 29, 2022 at 10:38 PM
To: ▮▮▮▮▮▮▮▮▮▮▮



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277203757

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white photograph of reclining nude Genevieve Morton.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/BalticErotic/status/1506744291489722381

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country



> US

ref:00DA0000000K0A8.5004w00002RSvPL:ref

**Help**  |  **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT I



From:  **Twitter Support**  support@tw tter.com
Subject:  We got your report 0277204087 [ref:00DA0000000K0A8.5004w00002RXDoo:ref]
Date:  June 29, 2022 at 10:40 PM
To:  ▬▬▬▬▬▬▬



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277204087

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> █████████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white image of Genevieve Morton reclining on an outdoor sofa.


Links to original work:

> [Empty]


Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/fallo_felice/status/1412728233389350916


Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph.


512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.


Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.


Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.


Signature:

> Jennifer Holliday

Country
> US

ref:00DA0000000K0A8.5004w00002RXDoo:ref

Help | Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT J

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277204345 [ref:00DA0000000K0A8.5004w00002RSvhs:ref]
Date: June 29, 2022 at 10:42 PM
To: ███████████████





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277204345

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> jennymorrison@icloud.com

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white photograph of Genevieve Morton on a dock.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/realcelebutard/status/1500276239550066689

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of a cropped version of photograph.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country



> US

ref:00DA0000000K0A8.5004w00002RSvhs:ref

**Help**  |  **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT K

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277207104 [ref:00DA0000000K0A8.5004w00002RXEPz:ref]
Date: June 29, 2022 at 11:03 PM
To:



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277207104

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white photograph of Genevieve Morton standing in a doorway.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/AlanByr58325219/status/1519364737435582464

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of a photograph in connection with a link that leads to a third party website that appears to contain malware.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country

> US

ref:00DA0000000K0A8.5004w00002RXEPz:ref

# EXHIBIT L



**From:** **Twitter Support** support@tw tter.com
**Subject:** We got your report 0277207465 [ref:00DA0000000K0A8.5004w00002RSwKH:ref]
**Date:** June 29, 2022 at 11:06 PM
**To:** ████████████████████



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277207465

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> █████████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white image of Genevieve Morton standing in a doorway.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/mal0980/status/1435107917473075201

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country



> US

ref:00DA0000000K0A8.5004w00002RSwKH:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT M

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277207816 [ref:00DA0000000K0A8.5004w00002RSw5e:ref]
Date: June 29, 2022 at 11:09 PM
To:





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1.  Twitter account publishing links to free downloads of copyright protected materials
2.  Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277207816

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> █████████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white image of Genevieve Morton on the beach.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/EdHautacam/status/1419683783863947269

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country



> US

ref:00DA0000000K0A8.5004w00002RSw5e:ref

**Help**  |  **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT N

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277208101 [ref:00DA0000000K0A8.5004w00002RXF1G:ref]
Date: June 29, 2022 at 11:11 PM
To:



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

------------------------------------------------

Your ticket number: #0277208101

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ████████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white photograph of Genevieve Morton reclining in water.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/Sneakpeakin2/status/1535497016024915968

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph in Tweet containing link to Wordpress site.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country
> US

ref:00DA0000000K0A8.5004w00002RXF1G:ref

Help  |  Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT O

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277208369 [ref:00DA0000000K0A8.5004w00002RXFAE:ref]
Date: June 29, 2022 at 11:13 PM
To: ███████████████



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277208369

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white image of Genevieve Morton reclining in water.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/EroticLoad/status/1529172963840385033

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country



> US

ref:00DA0000000K0A8.5004w00002RXFAE:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT P

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277208691 [ref:00DA0000000K0A8.5004w00002RXFA3:ref]
Date: June 29, 2022 at 11:16 PM
To: ████████████████████



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277208691

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white image of Genevieve Morton in a doorway.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/50YearVirgin/status/1518074088643825664

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph that has been altered.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country



> US

ref:00DA0000000K0A8.5004w00002RXFA3:ref

Help  |  Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT Q

**From:** **Twitter Support** support@tw tter.com
**Subject:** We got your report 0277209111 [ref:00DA0000000K0A8.5004w00002RXFQo:ref]
**Date:** June 29, 2022 at 11:19 PM
**To:** ▇▇▇▇▇▇▇▇



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277209111

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> █████████████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white image of Genevieve Morton standing in a doorway nude.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/Celebrity__Sin/status/1517769377659117568

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photo appears in a quad display alongside cropped photos of Zoe Kravitz, Jamie Lee Curtis and Marisa Tomei comparing their naked breasts with their bodies in swimsuits.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country

> US

ref:00DA0000000K0A8.5004w00002RXFQo:ref

**Help**  |  **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT R

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277209381 [ref:00DA0000000K0A8.5004w00002RSw0C:ref]
Date: June 29, 2022 at 11:21 PM
To:





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

------------------------------------------------

Your ticket number: #0277209381

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ██████████████████

Address:
> 1901 Avenue of the Stars, Second Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?

> Twitter

Description of original request:

> Black and white image of nude Genevieve Morton in profile.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/PacoRod44679157/status/1503504802797531136

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country

> US

ref:00DA0000000K0A8.5004w00002RSw0C:ref

Help  |  Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT S

From: **Twitter Support**  support@tw tter.com
Subject: We got your report 0277209617 [ref:00DA0000000K0A8.5004w00002RXEnq:ref]
Date: June 29, 2022 at 11:23 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277209617

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney
Job title:
> Attorney at Law
Email:
> █████████████████████

Address:
> 1901 Avenue of the Stars, 2nd Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?

> Twitter

Description of original request:

> Black and white image of Genevieve Morton nude in a doorway.


Links to original work:

> [Empty]


Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/magrippa22/status/1541894905919938563


Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph.


512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.


Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.


Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.


Signature:

> Jennifer Holliday

Country

> US

ref:00DA0000000K0A8.5004w00002RXEnq:ref

Help  |  Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT T

**From:** **Twitter Support** support@twtter.com
**Subject:** We got your report 0277217566 [ref:00DA0000000K0A8.5004w00002RSyTU:ref]
**Date:** June 30, 2022 at 12:37 AM
**To:** ████████████████████



TS



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0277217566

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████

Address:
> 1901 Avenue of the Stars, 2nd Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white photograph of Genevieve Morton in a bathtub looking down.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/MajorVoyeur/status/1250053745683169289

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of photograph.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country
> US

ref:00DA0000000K0A8.5004w00002RSyTU:ref

**Help**  |  **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT U

From: **Twitter Support** support@tw tter.com
Subject: We got your report 0277216308 [ref:00DA0000000K0A8.5004w00002RSxa1:ref]
Date: June 30, 2022 at 12:21 AM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1.  Twitter account publishing links to free downloads of copyright protected materials
2.  Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

------------------------------------------------
Your ticket number: #0277216308

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████

Address:
> 1901 Avenue of the Stars
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?

> Twitter

Description of original request:

> Black and white photo of Genevieve Morton coming out of the ocean.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/fallo_felice/status/1540652037335138304

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of copyrighted work.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Jennifer Holliday

Country

> US

ref:00DA0000000K0A8.5004w00002RSxa1:ref

Help | Privacy

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT V

**From:** **Twitter Support** support@tw tter.com
**Subject:** We got your report 0277216962 [ref:00DA0000000K0A8.5004w00002RSy38:ref]
**Date:** June 30, 2022 at 12:29 AM
**To:** ███████████████



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------
Your ticket number: #0277216962

Copyright owner:
> Genevieve Morton
Name:
> Jennifer Holliday
Company:
> Attorney at Law
Job title:
> Attorney
Email:
> ███████████████████

Address:
> 1901 Avenue of the Stars, 2nd Floor
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90067
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?

> Twitter

Description of original request:

> Four black and white photographs of Genevieve Morton.


Links to original work:

> [Empty]


Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

>
https://mobile.twitter.com/ninaagdalsass/status/1149148091456638977
>
https://mobile.twitter.com/ninaagdalsass/status/1149148313243017217
>
https://mobile.twitter.com/ninaagdalsass/status/1149148589647638528
>
https://mobile.twitter.com/ninaagdalsass/status/1149148786796613632
>
https://mobile.twitter.com/ninaagdalsass/status/1149148927070998529
>
https://mobile.twitter.com/ninaagdalsass/status/1149149089432580096
>
https://mobile.twitter.com/ninaagdalsass/status/1149149283855286273


Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of cropped photographic works; the last tweet contains color images that are not registered to Ms. Morton and are not part of the infringed works.


512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially

misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Jennifer Holliday
Country
> US

ref:00DA0000000K0A8.5004w00002RSy38:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103